FILED

04/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| WAYNE W. FIBKE, SPIRITS FLORIDA, INC., JIM EDWARDS, and J.E. REAL ESTATE HOLDING, INC., <br><br> Plaintiffs/Appellants, <br><br> -vs- <br><br> KIP K HOLDING COMPANY, LLC d/b/a Precious Vodka, a/k/a Precious Vodka Spirits, a Montana limited liability Company; CLIFFORD "KIP" KIMERLY, and JOHN DOES I-V, <br><br> Defendants/Appellees. | Case No. DA-23-0126 <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF** |

Upon the Unopposed Motion of Plaintiffs/Appellants Wayne W. Fibke, Spirits Florida, Inc., Jim Edwards and J.E. Real Estate Holding, Inc., for an Extension to File Appellants' Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED Plaintiffs/Appellants Wayne W. Fibke, Spirits Florida, Inc., Jim Edwards and J.E. Real Estate Holding, Inc., shall have until June 2, 2023 to file their Appellant's opening brief.

Dated this _____ day of _____, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 28 2023